IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| DANA GILSTRAP,<br>18595 Hosta Lane<br>Cathage, MO 64836<br><br>　　Plaintiff,<br><br>vs.<br><br>ADVANCED CREDIT RECOVERY, INC,<br>6000 N. Bailey Ave.<br>Amherst, NY 14226<br><br>　　Defendant. | Case No. 3:10-cv-00026-RED<br><br>Division No. |

## NOTICE OF VOLUNTARY DISMISSAL

DANA GILSTRAP (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, ADVANCED CREDIT RECOVERY, INC, (Defendant), in this case.

DATED: June 9, 2010                              RESPECTFULLY SUBMITTED,

By: /s/ Adam Maxwell
Adam Maxwell, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd
120 w. Madison St., 10th Flr.
Chicago, IL 60602

VOLUNTARY DISMISSAL