IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| DANA GILSTRAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-00026-CV-SW-RED |
| ) | |
| ADVANCED CREDIT RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 11). In her notice, Plaintiff seeks to voluntarily dismiss this action without prejudice. Defendant has not entered an appearance in the case. As such, this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff shall bear her own costs.

**IT IS SO ORDERED.**

DATE: June 24, 2010  /s/ Richard E. Dorr
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT